# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ANGEL SERVILIO TORRES PINEDA,

      Petitioner,

    v.                                           Case No. 1:26-cv-00150 KWR-JHR

WARDEN, *Cibola County Correctional Center,*
TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement,*
KRISTI NOEM*, Secretary of the U.S. Department of Homeland Security*,
PAMELA BONDI, *U.S. Attorney General, and*
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

      Respondents.

## ORDER FOR SUPPLEMENTAL BRIEFING AND RECORD

**THIS MATTER** is before the Court on Petitioner's Motion to Enforce Judgment (Doc. 9). Petitioner asserts in part that the bond hearing violated due process because the immigration judge applied the wrong legal standard. Without deciding whether the Court has jurisdiction to hear this claim, the Court requests a further record to determine whether the bond hearing and decision violated the Court's order or violated due process.

Therefore, the Court directs the parties[1] to submit a written transcript of the bond hearing within **fourteen (14) days** of the entry of this order.  Respondents shall also address Petitioner's due process argument within **fourteen (14) days** of the entry of this order.  If the parties are unable

---

[1] The Court includes Respondents in this order as any audio recording is likely in their possession.

to submit a written transcript of the bond hearing, they should state whether and why the Court has a sufficient record to make a ruling.

**IT IS SO ORDERED.**

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE